Kirk D. Miller
*Kirk D. Miller, P.S.*
421 W. Riverside Ave., Ste 704
Spokane, WA 99201
(509) 413-1494 Telephone
(509) 413-1724 Facsimile

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORTNEY HALVORSEN, and all others similarly situated,<br><br>           Plaintiff,<br><br>      vs.<br><br>PETERSON ENTERPRISES, INC., a Washington corporation, DBA VALLEY EMPIRE COLLECTION,<br><br>           Defendant. | Case No.: 2:16-CV-00287-RMP<br><br>AGREED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cortney Halvorsen and Defendant Peterson Enterprises, Inc. through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice and without costs or attorney fees to either party.

AGREED NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP
41(a)(1)(A)(ii) - 1

DATED this 30th day of April, 2017.

_/s Kirk D. Miller_____          _s/ Jeffrey I. Hasson_____
Kirk D. Miller, WSBA #40025                   Jeffrey I. Hasson, WSBA #23741
Attorney for Plaintiff                        Attorney for Defendant

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System which will send

notification of such filing to the following:

Kirk D. Miller          kmiller@millerlawspokane.com;
                        relston@millerlawspokane.com

Jeffrey I. Hasson       hasson@hassonlawllc.com

Kirk D. Miller, P.S.

/s Kirk D. Miller_____
Kirk D. Miller, WSBA #40025
Attorney for Plaintiff

AGREED NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP
41(a)(1)(A)(ii) - 2